# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 17-1714-GW(JPRx) | Date | July 7, 2017 |
| Title | Manuel Gonzalez v. Sizzler USA Restaurants, Inc., et al. | | |

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    ORDER TO SHOW CAUSE RE: SETTLEMENT**

On July 6, 2017, Plaintiff Manuel Gonzalez filed a Notice of Settlement.  The Court sets an Order to Show Cause re: Settlement Hearing for August 17, 2017 at 8:30 a.m.

The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by noon on August 16, 2017.

The order to show cause issued on June 23, 2017 is DISCHARGED.

                                                                                    :

Initials of Preparer    JG